## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DOROTHY MARRUJO,

     Plaintiff,

v.                                                    1:17-cv-00975-MV/KK

SAFECO INSURANCE COMPANY OF AMERICA,

     Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff Dorothy Marrujo and Defendant Safeco Insurance Company of America's Stipulated Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein, or which could have been stated therein, by Plaintiff against Defendant on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

1.     The Court has jurisdiction over the parties and the subject matter of this suit;

2.     Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff, Dorothy Marrujo against Defendant, Safeco Insurance Company of America, be and hereby are dismissed, with prejudice, with each party to bear her/its own attorney's fees and costs.

**IT IS SO ORDERED**.

_____

HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE